ACCEPTED
03-15-00153-CR
7001534
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/18/2015 4:44:10 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00153-CR

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE THIRD** |
| **v.** | § | **DISTRICT COURT OF** |
| **FRANCES ANITA ROBINSON** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/18/2015 4:44:10 PM
JEFFREY D. KYLE
Clerk

### STATE'S UNOPPOSED FOURTH & FINAL MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellant in the above styled and numbered cause, and moves for an extension of time of 28 days to file Appellee's brief, and for good cause would show the following:

I.

Appellee was indicted by a grand jury on June 5, 2013 for the charge of Intoxication Manslaughter in CR2013-267.Appellee's motion to suppress evidence was granted by the trial court on February 18, 2015, and the State timely appealed pursuant to article 44.01 of the Code of Criminal Procedure. A stay was granted by the Court of Appeals on March 20, 2015. After the Court abated and remanded the case for entry of the trial court's findings, the case was reinstated in the Court on July 20, 2015. The State's brief is currently due on September 18, 2015.

II.

I am handling the appeal for the State in this case. In early September I had trial in CR2013-377. I then finished working on the State's brief in cause number

1

03-14-00270-CV before it was submitted to the Court on September 9, 2015. I also had to handle my regular duties, including intake, grand jury indictments and docket calls. Additionally, next week I will be attending a nearly week-long conference with my office to meet my annual CLE requirements. While I have completed part of the State's brief in the instant case, I have not yet had the opportunity to complete it. In light of the foregoing, the State respectfully requests an extension of 28 days to file its brief. This is the fourth and final extension sought by Appellant, and it is unopposed by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 28 days, until October 16, 2015, so that Appellant's brief will fully, adequately and accurately present its case to the Honorable Court of Appeals. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Daniel Palmitier
**Daniel Palmitier**, SBN: 24062934
palmid@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300
Fax: (830) 608-2008

2

## CERTIFICATE OF SERVICE

I, Daniel Palmitier, Assistant District Attorney for Appellant, the State of Texas, hereby certify that a true and correct copy of the above and foregoing *State's Unopposed Fourth & Final Motion to Extend Time to File Brief* was sent to Defendant/Appellee FRANCES ANITA ROBINSON's attorney of record in this matter:

Mr. Charles Sullivan
csullivan@lawcsullivan.com
308 Campbell Dr.
Canyon Lake, TX 78133
*Lead Attorney for Appellee on Appeal*

By electronic service to the above-listed email address through efile.txcourts.gov on this the 18th day of September, 2015.

/s/ Daniel Palmitier
**Daniel Palmitier**


## CERTIFICATE OF CONFERENCE

I certify that I have conferred or made reasonable attempts to confer with all other parties about the merits of this motion and whether the parties oppose the motion. Ms. Gina Jones, Attorney for Defendant/Appellee **FRANCES ANITA ROBINSON**, was not opposed to the instant motion.

/s/ Daniel Palmitier
**Daniel Palmitier**